*1041 (Reported below: 40 M. J. 270);
(40 M. J. 292);
(39 M. J. 315);
(40 M. J. 271);
(40 M. J. 271);
(40 M. J. 275);
(40 M. J. 275);
(40 M. J. 302);
(40 M. J. 314);
(40 M. J. 306);
(40 M. J. 289);
(40 M. J. 291);
(40 M. J. 280);
(40 M. J. 305);
(40 M. J. 290);
(40 M. J. 320);
(41 M. J. 77);
(40 M. J. 274);
(40 M. J. 285);
(40 M. J. 311);
(41 M. J. 66);
(40 M. J. 283);
(40 M. J. 319);
(41 M. J. 75);
(40 M. J. 280);
(40 M. J. 281);
(40 M. J. 290);
(41 M. J. 93);
(41 M. J. 87);
(40 M. J. 312);
(40 M. J. 315);
*1042 (40 M. J. 298);
(40 M. J. 301);
(41 M. J. 66);
(40 M. J. 289);
(40 M. J. 301);
(41 M. J. 92);
(41 M. J. 88);
(40 M. J. 293);
(41 M. J. 110);
(40 M. J. 282);
(40 M. J. 284);
(41 M. J. 72);
(40 M. J. 303);
(40 M. J. 308);
(40 M. J. 308);
(41 M. J. 83);
(40 M. J. 273);
(41 M. J. 76);
(40 M. J. 274);
(41 M. J. 81);
(40 M. J. 298);
(40 M. J. 298);
(40 M. J. 294);
(40 M. J. 301);
(40 M. J. 301);
(40 M. J. 306);
(40 M. J. 307);
(40 M. J. 308);
(40 M. J. 310);
(40 M. J. 313);
(40 M. J. 313);
(41 M. J. 66);
(41 M. J. 68);
(41 M. J. 68);
(41 M. J. 71);
(41 M. J. 75);
(41 M. J. 76);
(41 M. J. 92);
(41 M. J. 88);
(40 M. J. 286);
(41 M. J. 69);
(40 M. J. 289);
(41 M. J. 90);
(41 M. J. 95);
(40 M. J. 313);
(40 M. J. 282);
(41 M. J. 81);
(41 M. J. 97);
(40 M. J. 319);
(41 M. J. 84);
(41 M. J. 94);
(41 M. J. 84);
(41 M. J. 85);
(41 M. J. 73);
(40 M. J. 270);
(40 M. J. 275);
(40 M. J. 312);
(40 M. J. 274);
(40 M. J. 285);
(40 M. J. 279);
(41 M. J. 77). C. A. Armed Forces. Certiorari denied.